IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
NORTHERN DIVISION

**JERRY DON BROOKS**                                                                         **PLAINTIFF**

v.                                             **3:22-CV-00173-BRW**

**JEFF ZHENG,** *ET AL.*                                                      **DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff asserts that Defendants, a private corporation and its owner, violated his First Amendment rights when it did not allow him to post comments on a website.[2] First Amendment free speech protection "only extends to protect citizens from government actions."[3] Plaintiff does not allege that Defendants are government entities or acting under color of state law. Rather, they are private actors. Accordingly, Plaintiff has failed to make a claim under the First Amendment.

Because Plaintiff's Complaint states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 12th day of July, 2022.

                                                                     Billy Roy Wilson
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.

[3] *Wingate v. Gage Cnty. Sch. Dist., No. 34*, 528 F.3d 1074, 1080 (8th Cir. 2008).